**Weil, Gotshal & Manges LLP**

VIA ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

November 26, 2024

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Cho v. Paramount Global*, No. 1:24-cv-08312 (S.D.N.Y.)

Dear Judge Oetken:

      We represent the defendant in the above-referenced matter. The parties have conferred and agree that Plaintiff's allegations are properly directed to CBS Interactive Inc. instead of Paramount Global, and that CBS Interactive Inc. should be substituted as the defendant in place and instead of Paramount Global. Defendant's response to the complaint is currently due on December 6, 2024. Plaintiff intends to file an amended complaint solely to name CBS Interactive Inc. as defendant by December 20, 2024, and Defendant seeks an extension of time to answer, move, or otherwise respond to January 9, 2025. This extension does not affect any scheduled deadlines. This is Paramount's first extension request, and Plaintiff's counsel has advised that Plaintiff consents to this extension.

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai

CC: All Counsel of Record (via ECF)