**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTOR CHO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT GLOBAL,<br><br>Defendant. | Case No. 1:24-cv-08312-JPO |

**NOTICE OF MOTION TO DISMISS**

Defendant Paramount Global ("Paramount") hereby moves to dismiss the Complaint filed in this action (ECF No. 1). Paramount's motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds supporting this motion are set forth in Paramount's Memorandum of Law and the January 8, 2025 Declaration of Maureen Saraf.

Dated: January 9, 2025

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai
David R. Singh
Blake J. Steinberg
Zoe A. Buzinkai
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-800
Facsimile: (212) 310-8007
david.yohai@weil.com
david.singh@weil.com
blake.steinberg@weil.com
zoe.buzinkai@weil.com

*Attorneys for Defendant Paramount Global*