# Weil, Gotshal & Manges LLP

VIA ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David L. Yohai**
+1 (212) 310-8275
david.yohai@weil.com

February 3, 2025

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Cho et al. v. CBS Interactive Inc.*, No. 1:24-cv-08312 (S.D.N.Y.)

Dear Judge Oetken:

      We represent the defendant in the above-referenced matter. Pursuant to Rule 3.C of the Court's Rules of Individual Practice, the parties seek an adjournment of the initial pre-trial conference currently scheduled for February 13, 2025 at 11:00 AM in light of Plaintiffs' First Amended Complaint. Plaintiffs' First Amended Complaint has added two new named Plaintiffs, four new claims, and is brought against a different entity. The parties respectfully request that the initial pre-trial conference be rescheduled to March 13, 2025 or another date thereafter that is convenient for the Court. This is the first request for an adjournment of the initial pre-trial conference. Plaintiffs consent to the adjournment requested herein.

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai

CC: All Counsel of Record (via ECF)