UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHO, GIOVANNI STEWART, AND DAVID L'ABBE, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>  v.<br><br>CBS INTERACTIVE INC.,<br><br>                   Defendant. | Case No. 1:24-cv-08312-JPO |

**NOTICE OF MOTION TO COMPEL ARBITRATION, DISMISS THE CLASS CLAIMS, AND STAY THE CASE IN LIGHT OF THE FIRST AMENDED COMPLAINT**

    Defendant CBS Interactive, Inc. ("CBSI") hereby moves to compel arbitration, dismiss Plaintiffs' class claims, and stay this proceeding in light of the first amended complaint. CBSI's motion is brought pursuant to the Federal Arbitration Act. The grounds supporting this motion are set forth in CBSI's Memorandum of Law and the February 14, 2025 Second Declaration of Maureen Saraf.

| | |
|---|---|
| Dated: February 14, 2025 | Respectfully submitted,<br><br>/s/  David L. Yohai<br>David L. Yohai<br>David R. Singh<br>Blake J. Steinberg<br>Zoe A. Buzinkai<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-800<br>Facsimile: (212) 310-8007<br>david.yohai@weil.com<br>david.singh@weil.com<br>blake.steinberg@weil.com<br>zoe.buzinkai@weil.com<br><br>*Attorneys for Defendant CBS Interactive Inc.* |