**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTOR CHO, GIOVANNI STEWART, AND DAVID L'ABBE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CBS INTERACTIVE INC.,<br><br>Defendant. | Case No. 1:24-cv-08312-JPO |

**NOTICE OF CBS INTERACTIVE INC.'S MOTION TO DISMISS**
**THE FIRST AMENDED COMPLAINT**

Defendant CBS Interactive Inc. ("CBSI") hereby moves to dismiss the First Amended Complaint filed in this action (ECF No. 21). CBSI's motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds supporting this motion are set forth in CBSI's Memorandum of Law and the February 14, 2025 Second Declaration of Maureen Saraf.

Dated: February 14, 2025

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai
David R. Singh
Blake J. Steinberg
Zoe A. Buzinkai
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-800
Facsimile: (212) 310-8007
david.yohai@weil.com
david.singh@weil.com
blake.steinberg@weil.com
zoe.buzinkai@weil.com

*Attorneys for Defendant CBSI Interactive Inc.*